IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KATHLEEN M. BRIGHT : CIVIL ACTION
:
v. : No. 12-360
:
FIRST SENIOR FINANCIAL GROUP, et :
al. :

# ORDER

AND NOW, this 24th day of June, 2013, upon careful and independent consideration of all pending motions in this matter and the responses thereto, and after de novo review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, to which no objections have been filed,[1] it is ORDERED:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Defendants' Motion to Vacate Judgment of Dismissal Pursuant to E.D. Pa. R. Civ. P. 41.1 (Document 54) is DENIED;

3. Plaintiff's Motion to Enforce Settlement Agreement and Modify Dismissal Order to Retain Jurisdiction (Document 56) is GRANTED in part and DENIED in part as follows:

   a. The Settlement Agreement attached to the Magistrate Judge's Report and Recommendation is confirmed and deemed fully enforceable in its entirety; and

---

[1] The Report and Recommendation was sent to all parties of record on May 22, 2013. Pursuant to Local Rule of Civil Procedure 72.1 IV(b), a party may object to a magistrate judge's report "within fourteen (14) days after being served with a copy thereof." As of today's date, no objections have been filed.

b. The Court declines to amend the December 18, 2012, Order dismissing this action to retain jurisdiction beyond that contemplated in Local Rule of Civil Procedure 41.1(b);

4. Plaintiff's Motion for Sanctions Against Defendants and Counsel (Document 59) is DENIED; and

5. Defendants' Motion for Sanctions (Document 63) is DENIED.

It is further ORDERED Plaintiff's Motion for Sanctions of Defendants and Counsel under F.R.C.P. 11(c) (Document 66) is DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.